UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CONTINENTAL CASUALTY COMPANY,

                Plaintiff,

    v.

MARZEC LAW FIRM, P.C., DARIUS MARZEC,
GREEPOINT LAW COMMITTEE, CORP.,

                Defendants.

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 0 1 2015
```

Case No. 14-cv-5294 KBF

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and by and through their undersigned counsel, Plaintiff Continental Casualty Company and Defendants Marzec Law Firm, P.C., Darius Marzec, and Greenpoint Law Committee, Corp., hereby stipulate to the dismissal of this action, with prejudice, in light of the confidential settlement agreement reached among the parties. Each party to this action shall remain responsible for its or his own fees and costs.

                                                      Respectfully submitted,

Dated: May 29, 2015

| s/ Darius A. Marzec (with permission) | s/ Benjamin C. Eggert |
|---|---|
| Darius A. Marzec, Esq. | Todd A. Bromberg |
| MARZEC LAW FIRM, P.C. | (tbromberg@wileyrein.com) |
| 776A Manhattan Avenue, Suite 104 | Benjamin C. Eggert (admitted *pro hac vice*) |
| Brooklyn, NY 11222 | (beggert@wileyrein.com) |
| (719) 609-0303 | Ashley E. Eiler (admitted *pro hac vice*) |
| | (aeiler@wileyrein.com) |
| *ATTORNEYS FOR DEFENDANTS MARZEC LAW FIRM, P.C., DARIUS MARZEC, GREENPOINT LAW COMMITTEE, CORP.* | WILEY REIN LLP |
| | 1776 K Street, N.W. |
| | Washington, DC 20006 |
| | (202) 719-7000 (phone) |
| | (202) 719-7049 (fax) |
| | *ATTORNEYS FOR PLAINTIFF CONTINENTAL CASUALTY COMPANY* |

So ordered.

K.B. [signature]
US DJ
6/1/15